No. 04–7198. SOLIS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7199. BETHEA *v.* DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7201. PARROTT *v.* GEHRKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7208. HUBBART *v.* KNAPP ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7226. WORDEN *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7229. PARSONS *v.* PRICE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7232. BONTKOWSKI *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7233. TRUSIANI *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 04–7234. ZARATE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7238. WOOD *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–7241. SPENCER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–7246. ALSTON *v.* HEARST CORP., AKA HEARST BUSINESS COMMUNICATIONS, INC. C. A. 4th Cir. Certiorari denied.

No. 04–7248. SMITH *v.* ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 04–7250. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.